1
2
3
4                                                          **JS-6**
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
| | |
|---|---|
| SA3, LLC, a California limited liability company, | Case No. 2:20-cv-11791-MCS-PVC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MUELLER MEDICAL INTERNATIONAL LLC, a Connecticut limited liability company; and DOES 1 through 10, | |
| Defendants. | |

Pursuant to this Court's Order Re: Application for Default Judgment, it is hereby ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 29, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1